RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
SHREVEPORT, LOUISIANA
DATE 3/1/07

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

---

**UNITED STATES**

versus

**BURRELL CLARK**

**CRIMINAL NO. 05-50108-01**
**JUDGE TOM STAGG**

---

## ORDER

Before the court is a letter from pro se defendant, Burrell Clark ("Clark"), which has been construed as a letter motion requesting credit for time served. See Record Document 26. Clark once again contends that time he has served in custody has not been properly credited towards his federal sentence. Clark concedes that he has received credit from November 29, 2005, the date on which his federal custody commenced. However, he claims that he should be afforded credit dating back to November 21, 2005, the date on which the federal detainer was filed against him, although he was not in federal custody until November 29, 2005.

The court has checked into Clark's allegations and has determined that Clark has received all credit for which he is due. Simply put, he is not owed credit for the days between the filing of the federal detainer and the start of his federal custody. Accordingly;

**IT IS ORDERED** that Clark's letter motion for credit for time served (Record Document 26) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 1st day of March, 2007.

_____
JUDGE TOM STAGG